[No. 61841-5-I.   Division One.   July 27, 2009.]

*In the Matter of the Detention of* VICTOR KENNETH CANNON.

THE STATE OF WASHINGTON, *Respondent*, v. VICTOR KENNETH CANNON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-22648-8, Gregory P. Canova, J., entered May 12, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Agid and Cox, JJ.

[No. 61915-2-I.   Division One.   July 27, 2009.]

GERALD BURKE ET AL., *Appellants*, v. PETER STEFFEN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-20742-4, Michael J. Trickey, J., entered June 25, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Agid, JJ.

[No. 61930-6-I.   Division One.   July 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL EARL LESLIE, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 07-1-00081-9, John M. Meyer, J., entered June 19, 2008. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Ellington, JJ.

[No. 61949-7-I.   Division One.   July 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMIE L. ELLIOTT, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 07-1-00553-5, Susan K. Cook, J., entered June 6, 2008. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Dwyer, A.C.J., and Leach, J.